United States District Court
Southern District of Texas
FILED

JUN 2 1 2005

Michael N. Milby, Clerk

TDH

United States District Court
Southern District of Texas
ENTERED

JUN 2 3 2005   BM

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | CASE NO. L-05-CR-824 |
| Ricardo Daniel Vera | § § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 9, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 21st day of June, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE